NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

TALASILA, INC.
*Plaintiff,*

AND

M.R. MIKKILINENI,
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee.*

---

2012-5137

---

Appeal from the United States Court of Federal Claims in case no. 97-CV-0439, Senior Judge John P. Wiese.

---

ON MOTION

---

ORDER

M. R. Mikkilineni moves for leave to proceed in forma pauperis.  Mikkilineni also moves to reform the caption and for a 90-day extension of time.  The United States

TALASILA, INC. V. US                                                    2

moves for an extension of time to respond to the motions and opposes the motion to reform the caption if Mikkilineni seeks to represent Talasila, Inc. in this appeal.

We treat Mikkilineni's motion as a motion to remove Talasila, Inc. as an appellant. This court notes that only Mikkilineni filed the notice of appeal in the Court of Federal Claims. Mikkilineni may not represent Talasila, Inc. on appeal because he is not an attorney.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for Mr. Mikkilineni to proceed in forma pauperis is granted.

(2) The motion to reform the caption is granted. The revised official caption is reflected above.

(3) The United States' motion for an extension of time is granted.

(4) Mikkilineni's motion for an extension of time is granted. Mikkilineni's brief (form enclosed) is due within 90 days of the date of filing of this order. No further extensions will be granted.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s24